1  McGREGOR W. SCOTT
2  United States Attorney
3  GRANT B. RABENN
   Assistant United States Attorney
4  501 I Street, Suite 10-100
   Sacramento, CA 95814
5  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900

**FILED**
Jul 29, 2020
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

6  Attorneys for Plaintiff
   United States of America
7

8           IN THE UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,           CASE NO. 2:20-cr-0130 JAM

12                  Plaintiff,          VIOLATIONS: 21 U.S.C. §§ 846 And 841(a)(1) &
                                        (b)(1)(c)– Conspiracy to Distribute and Possess with
13              v.                      the Intent to Distribute a Controlled Substance

14 HUNTER SECREST,

15                  Defendant.

16

17                       I N F O R M A T I O N

18 COUNT ONE: [21 U.S.C. §§ 846 and 841(a)(1) & (b)(1)(C)– CONSPIRACY TO DISTRIBUTE AND
              POSSESS WITH THE INTENT TO DISTRIBUTE A CONTROLLED SUBSTANCE]
19

20       The United States Attorney charges: T H A T

21                        HUNTER SECREST,

22 defendant herein, beginning at a time no later than in or around April 2020 and continuing through in or

23 around July 2020, in the County of Sacramento, State and Eastern District of California, and elsewhere,

24 did conspire with other persons, knowing and unknown, to knowingly and intentionally distribute and

25 possess with the intent to distribute a controlled substance, to wit: heroin, a Schedule I controlled

26 substance; psilocybin, a Schedule I controlled substance; lysergic acid diethylamide (LSD), a Schedule I

27 controlled substance; cocaine, a Schedule II controlled substance; methamphetamine, a Schedule II

28 controlled substance; fentanyl, a Schedule II controlled substance; oxycodone, a Schedule II controlled

1  substance; morphine, a Schedule II controlled substance; ketamine, a Schedule III controlled substance;
2  alprazolam, a Schedule IV controlled substance; and valium, a Schedule IV controlled substance, all in
3  violation of Title 21, United States Code, Sections 846 and 841(a)(1) & (b)(1)(C).

Dated:

McGREGOR W. SCOTT
United States Attorney

By: /s/ Grant B. Rabenn
GRANT B. RABENN
Assistant United States Attorney

INFORMATION

2

**United States v. HUNTER SECREST**
**Penalties for Information**

**COUNT 1:**         HUNTER SECREST

VIOLATION:         21 U.S.C. § 846 and 841(a)(1) & (b)(1)(C) – Conspiracy to Distribute and Possess with Intent to Distribute a Controlled Substance

PENALTIES:         A maximum of up to 20 years imprisonment
                               Fine of up to $1,000,000; or both fine and imprisonment
                               A mandatory 3 years of supervised release

SPECIAL ASSESSMENT: $100 (mandatory on each count)