## SPECIAL CONDITIONS OF RELEASE

Re: Secrest, Hunter Daniel
No.: 2:20-CR-00130-1
Date:August 7, 2020

1. You must report to and comply with the rules and regulations of the Pretrial Services Agency;

2. You must report in person to the Wellspace Residential Program by 9:30am on August 10, 2020;

3. You must reside at a location approved by the pretrial services officer and not move or absent yourself from this residence for more than 24 hours without the prior approval of the pretrial services officer;

4. You must cooperate in the collection of a DNA sample;

5. You must restrict your travel to the state of California unless otherwise approved in advance by the pretrial services officer;

6. You must surrender your passport to defense counsel who must make arrangements to surrender the document to the Clerk, U.S. District Court, and you must not apply for or obtain a passport or any other travel documents during the pendency of this case. However, until such time you shall not have in your possession for any reason the passport until arrangements are made with Pretrial Services or defense counsel following your residential treatment period;

7. You must not possess, have in your residence, or have access to a firearm/ammunition, destructive device, or other dangerous weapon; additionally, you must provide written proof of divestment of all firearms/ammunition currently under your control;

8. Upon successful completion of residential treatment you must seek and/or maintain employment and provide proof of same as requested by your pretrial services officer;

9. You must submit to drug and/or alcohol testing as approved by the pretrial services officer. You must pay all or part of the costs of the testing services based upon your ability to pay, as determined by the pretrial services officer;

10. You must not associate or have any contact with co-defendants unless in the presence of counsel or otherwise approved in advance by the pretrial services officer;

11. You must report any contact with law enforcement to your pretrial services officer within 24 hours;

12. You must abstain from **any** use of alcohol or any use of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner; and you must notify Pretrial Services immediately of any prescribed medication(s). However, medicinal marijuana, prescribed or not, may not be used;

13. You must participate in the substance abuse treatment program at Wellspace Residential inpatient facility, and comply with all the rules and regulations of the program. You must remain at the inpatient facility until released by the pretrial services officer;

    a. A responsible party, approved by Pretrial Services, must escort you to all required court hearings and escort you back to the inpatient facility upon completion of the hearing; and,

14. Upon completion of the residential program, you must participate in an outpatient program of medical or psychiatric treatment, including treatment for drug or alcohol dependency, as approved by the pretrial services officer. You must pay all or part of the costs of the counseling services based upon your ability to pay, as determined by the pretrial services officer.