| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
| | Federal Defender |
| 2 | NOA E. OREN, #297100 |
| | Assistant Federal Defender |
| 3 | 801 I Street, 3rd Floor |
| | Sacramento, CA  95814 |
| 4 | Tel: 916-498-5700 |
| | Fax: 916-498-5710 |
| 5 | Noa_oren@fd.org |

Attorney for Defendant
HUNTER DANIEL SECREST

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.  2:20-cr-130 JAM |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND ORDER TO** |
| | ) | **CONTINUE STATUS CONFERENCE AND** |
| vs. | ) | **EXCLUDE TIME** |
| | ) | |
| HUNTER DANIEL SECREST | ) | |
| | ) | Date:   November 10, 2020 |
| Defendant. | ) | Time:  9:30 a.m. |
| | ) | Judge: Hon. John A. Mendez |
| | ) | |

By this stipulation, the parties move to continue the status conference until January 26, 2021, and to exclude time between November 10, 2020 and January 26, 2021, under Local Code T4.

The parties agree and stipulate, and request that the Court find the following:

a. The government has produced discovery which defense counsel will need further time to review and discuss with the defendant.

b. Defense counsel believes that failure to grant the above-requested continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

c. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

1        d.    For the purposed of computing time under the Speedy Trial Act, 18 U.S.C. §
2  3161, et seq., within which trial must commence, the time period of November 10, 2020 to
3  January 26, 2021, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), B(iv)
4  [Local Code T4] because it results from a continuance granted by the Court at defendant's
5  request on the basis of the Court's finding that the ends of justice served by taking such action
6  outweigh the best interest of the public and the defendant in a speedy trial.
7        Nothing in this stipulation and order shall preclude a finding that other provisions of the
8  Speedy Trial Act dictate that additional time periods are excludable from the period within which
9  a trial must commence.

DATED: November 4, 2020            Respectfully submitted,

                                   HEATHER E. WILLIAMS
                                   Federal Defender

                                   */s/ Noa E. Oren*
                                   NOA E. OREN
                                   Assistant Federal Defender
                                   Attorney for HUNTER SECREST

DATED: November 4, 2020            MCGREGOR W. SCOTT
                                   United States Attorney

                                   */s/ Grant Rabenn*
                                   GRANT RABENN
                                   Assistant United States Attorney
                                   Attorney for Plaintiff

ORDER

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing, adopts the stipulation in its entirety as its order. The Court specifically finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice served by granting the continuance outweigh the best interests of the public and defendant in a speedy trial.

The Court orders a status conference on January 26, 2021, at 9:30 a.m. The Court orders the time from November 10, 2020 up to and including January 26, 2021, excluded from computation of time within which the trial of this case must commence under the Speedy Trial Act, pursuant to 18 U.S.C. §§3161(h)(7), and Local Code T4.

DATED: November 4, 2020

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE