PHILLIP A. TALBERT
Acting United States Attorney
SAM STEFANKI
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:20-CR-00130-JAM |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| HUNTER SECREST, | DATE: June 15, 2021 |
| Defendant. | TIME: 9:30 a.m. |
| | COURT: Hon. John A. Mendez |

## STIPULATION

Plaintiff United States of America, by and through its counsel of record, and the defendant, by and through the defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on June 15, 2021.

2. By this stipulation, the defendant now moves to continue the status conference until August 10, 2021, and to exclude time between June 15, 2021, and August 10, 2021, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

    a) The discovery associated with this case includes hundreds of pages of documents, telephone toll records, photographs, and law enforcement reports. All of this discovery has been either produced directly to counsel or made available for inspection and copying.

    b) Counsel for the defendant desires additional time to consult with her client, review the current charges, conduct investigation and research related to the charges, discuss

potential resolutions with her client, and otherwise prepare for trial.

        c)        Counsel for the defendant believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

        d)        The government does not object to the continuance.

        e)        Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

        f)        For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of June 15, 2021, to August 10, 2021, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at the defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.        Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: June 8, 2021                                PHILLIP A. TALBERT
                                                               Acting United States Attorney

                                                               /s/ SAM STEFANKI
                                                               SAM STEFANKI
                                                               Assistant United States Attorney

Dated: June 8, 2021                                /s/ NOA OREN
                                                               NOA OREN
                                                               Counsel for Defendant
                                                               HUNTER SECREST

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 8th day of June, 2021.

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE