HEATHER E. WILLIAMS, #122664
Federal Defender
NOA E. OREN, #297100
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700
Fax: 916-498-5710
Noa_oren@fd.org

Attorney for Defendant
HUNTER DANIEL SECREST

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  2:20-cr-130 JAM |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME** |
| vs. | |
| HUNTER DANIEL SECREST | |
| Defendant. | Date:   August 10, 2021<br>Time:  9:30 a.m.<br>Judge: Hon. John A. Mendez |

By this stipulation, the parties move to continue the status conference until August 31, 2021, and to exclude time between August 10, 2021 and August 31, 2021, under Local Code T4.

The parties agree and stipulate, and request that the Court find the following:

a.      The government has produced discovery which defense counsel will need further time to review and discuss with the defendant.

b.      Defense counsel believes that failure to grant the above-requested continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

c.      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

d.      For the purposed of computing time under the Speedy Trial Act, 18 U.S.C. §

1    3161, et seq., within which trial must commence, the time period of August 10, 2021 to August

2    31, 2021, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local

3    Code T4] because it results from a continuance granted by the Court at defendant's request on

4    the basis of the Court's finding that the ends of justice served by taking such action outweigh the

5    best interest of the public and the defendant in a speedy trial.

6             Nothing in this stipulation and order shall preclude a finding that other provisions of the

7    Speedy Trial Act dictate that additional time periods are excludable from the period within which

8    a trial must commence.

9

10   DATED: August 4, 2021                    Respectfully submitted,

11                                            HEATHER E. WILLIAMS
12                                            Federal Defender

13                                            /s/ Noa E. Oren
                                              NOA E. OREN
14                                            Assistant Federal Defender
                                              Attorney for HUNTER SECREST
15

16   DATED: August 4, 2021                    PHILLIP TALBERT
                                              Acting United States Attorney
17

18                                            /s/ Sam Stefanki
                                              SAMUEL STEFANKI
19                                            Assistant United States Attorney
                                              Attorney for Plaintiff
20

21

22

23

24

25

26

27

28

Stipulation and Order to Continue Status                  *United States v. Secrest*, 2:20-cr-00130-JAM
Conference and Exclude Time

1

ORDER

2     The Court, having received, read, and considered the stipulation of the parties, and good

3 cause appearing, adopts the stipulation in its entirety as its order.  The Court specifically finds

4 that the failure to grant a continuance in this case would deny defense counsel reasonable time

5 necessary for effective preparation, taking into account the exercise of due diligence.  The Court

6 finds that the ends of justice served by granting the continuance outweigh the best interests of the

7 public and defendant in a speedy trial.

8     The Court orders a status conference on August 31, 2021, at 9:30 a.m.  The Court orders

9 the time from August 10, 2021 up to and including August 31, 2021, excluded from computation

10 of time within which the trial of this case must commence under the Speedy Trial Act, pursuant

11 to 18 U.S.C. §§3161(h)(7), and Local Code T4.

12

13

14 DATED:  August 4, 2021                    /s/ John A. Mendez
                                           THE HONORABLE JOHN A. MENDEZ
15                                         UNITED STATES DISTRICT COURT JUDGE

16

17

18

19

20

21

22

23

24

25

26

27

28

Stipulation and Order to Continue Status          *United States v. Secrest*, 2:20-cr-00130-JAM
Conference and Exclude Time