1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  NOA E. OREN, #297100
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, CA  95814
4  Tel: 916-498-5700
   Fax: 916-498-5710
5  Noa_oren@fd.org

6  Attorney for Defendant
   HUNTER DANIEL SECREST

7

8                IN THE UNITED STATES DISTRICT COURT

9                FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA, | ) | Case No.  2:20-cr-130 JAM |
   |---|---|---|
   | Plaintiff, | ) ) ) | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME** |
   | vs. | ) ) ) | |
   | HUNTER DANIEL SECREST | ) ) | Date:   September 21, 2021 |
   | Defendant. | ) ) ) | Time:   9:30 a.m. Judge:  Hon. John A. Mendez |

17       By this stipulation, the parties move to continue the status conference until December 14,

18 2021, and to exclude time between September 21, 2021 and December 14, 2021, under Local

19 Code T4.

20       The parties agree and stipulate, and request that the Court find the following:

21       a.     The government has produced discovery which defense counsel will need further

22 time to review and discuss with the defendant.

23       b.     Defense counsel believes that failure to grant the above-requested continuance

24 would deny counsel the reasonable time necessary for effective preparation, taking into account

25 the exercise of due diligence.

26       c.     Based on the above-stated findings, the ends of justice served by continuing the

27 case as requested outweigh the interest of the public and the defendant in a trial within the

28 original date prescribed by the Speedy Trial Act.

1        d.      For the purposed of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of September 21, 2021 to December 14, 2021, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

DATED: September 13, 2021        Respectfully submitted,

                                                HEATHER E. WILLIAMS
                                                Federal Defender

                                                */s/ Noa E. Oren*
                                                NOA E. OREN
                                                Assistant Federal Defender
                                                Attorney for HUNTER SECREST

DATED: September 13, 2021        PHILLIP TALBERT
                                                Acting United States Attorney

                                                */s/ Sam Stefanki*
                                                SAMUEL STEFANKI
                                                Assistant United States Attorney
                                                Attorney for Plaintiff

ORDER

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing, adopts the stipulation in its entirety as its order. The Court specifically finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice served by granting the continuance outweigh the best interests of the public and defendant in a speedy trial.

The Court orders a status conference on December 14, 2021, at 9:30 a.m. The Court orders the time from September 21, 2021 up to and including December 14, 2021, excluded from computation of time within which the trial of this case must commence under the Speedy Trial Act, pursuant to 18 U.S.C. §§3161(h)(7), and Local Code T4.

Dated: September 13, 2021

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE