UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,          )   Case No. 2:20-cr-00130 JAM
                                   )
                    Plaintiff,     )
                                   )
        v.                         )
                                   )   RELATED CASE ORDER
HUNTER DANIEL SECREST,             )
                                   )
                    Defendant.     )
_____)
UNITED STATES OF AMERICA,          )
                                   )
                    Plaintiff,     )
                                   )   Case No. 2:21-CR-00215 WBS
        v.                         )
                                   )
GRAHAM WINTERS HETTINGER,          )
                                   )
                    Defendant.     )
_____)

    Examination of the above-entitled actions reveals that these actions are related within the meaning of Local Rule 123 (E.D. Cal. 2005).  Accordingly, the assignment of the matters to the same judge is likely to affect a substantial savings of judicial effort and is also likely to be convenient for the parties.

    The parties should be aware that relating the cases under Local Rule 123 merely has the result that these actions are

1

assigned to the same judge; no consolidation of the actions is effected.  Under the regular practice of this court, related cases are generally assigned to the judge to whom the first filed action was assigned.

IT IS THEREFORE ORDERED that the action denominated 2:21-CR-00215 WBS be reassigned to Judge John A. Mendez for all further proceedings, and any dates currently set in this reassigned case only are hereby VACATED.  Henceforth, the caption on documents filed in the reassigned case shall be shown as 2:21-CR-00215 JAM.

IT IS FURTHER ORDERED that the Clerk of the Court make appropriate adjustment in the assignment of criminal cases to compensate for this reassignment.

IT IS SO ORDERED.


Dated:  November 16, 2021        /s/ John A. Mendez
                                 THE HONORABLE JOHN A. MENDEZ
                                 UNITED STATES DISTRICT COURT JUDGE