1  PHILLIP A. TALBERT
   United States Attorney
2  SAM STEFANKI
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile:  (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8              IN THE UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,              CASE NO.  2:20-CR-00130-JAM

12                        Plaintiff,      [~~PROPOSED~~] ORDER SEALING DOCUMENTS
                                          AS SET FORTH IN GOVERNMENT'S NOTICE
13             v.

14 HUNTER SECREST,

15                        Defendant.

16

17         Pursuant to Local Rule 141(b) and based upon the representation contained in the government's

18 Request to Seal, IT IS HEREBY ORDERED that the four-page memorandum pertaining to defendant

19 Hunter Secrest, and the government's Request to Seal, shall be SEALED until further order of this

20 Court.  It is further ORDERED that access to the sealed documents shall be limited to the government

21 and counsel for the defendant.

22         The Court has considered the factors set forth in *Oregonian Publishing Co. v. U.S. District Court*

23 *for the District of Oregon*, 920 F.2d 1462 (9th Cir. 1990).  The Court finds that, for the reasons stated in

24 the government's request, sealing the government's motion serves a compelling interest.  The Court

25 further finds that, in the absence of closure, the compelling interests identified by the government would

26 be harmed.

27 ///

28 ///

   [PROPOSED] ORDER SEALING DOCUMENTS AS SET          1
   FORTH IN GOVERNMENT'S NOTICE

1         In light of the public filing of its request to seal, the Court further finds that there are no

2    additional alternatives to sealing the government's motion that would adequately protect the compelling

3    interests identified by the government.

4    Dated: January 27. 2022

5    _____
     ALLISON CLAIRE

6    UNITED STATES MAGISTRATE JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

    [PROPOSED] ORDER SEALING DOCUMENTS AS SET
FORTH IN GOVERNMENT'S NOTICE