PHILLIP A. TALBERT
United States Attorney
SAM STEFANKI
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:20-CR-00130-JAM |
|---|---|
| Plaintiff, | STIPULATION REGARDING SENTENCING; ORDER |
| v. | |
| HUNTER SECREST, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America (the "government"), by and through its counsel of record, and defendant Hunter Secrest, by and through his counsel of record, hereby stipulate as follows:

1.      By previous order, this matter was set for sentencing on March 22, 2022.  By this stipulation, the parties now move to re-set the matter for sentencing on June 28, 2022, at 9:30 a.m., and request that the Court set the following schedule:

    a)      A draft presentence investigation report ("PSR") shall be filed on or before May 10, 2022;

    b)      Informal objections to the PSR shall be sent to the assigned probation officer and the opposing party on or before May 24, 2022;

    c)      A final PSR shall be filed by the probation officer on or before May 31, 2022;

    d)      Formal objections to, and motions for correction of, the PSR shall be filed on or before June 7, 2022;

   e) Replies to objections to, and motions for correction of, the PSR shall be filed on or before June 21, 2022.

IT IS SO STIPULATED.

Dated: March 11, 2022       PHILLIP A. TALBERT
United States Attorney

                /s/ SAM STEFANKI
SAM STEFANKI
Assistant United States Attorney

Dated: March 11, 2022       /s/ NOA OREN
NOA OREN
Counsel for Defendant
HUNTER SECREST

## ORDER

This matter is hereby SET for judgment and sentencing on June 28, 2022. The parties shall appear before the Court at that date and time. The Court hereby ADOPTS the schedule regarding the PSR and associated briefing contained in the parties' stipulation.

IT IS SO ORDERED.

Dated: March 14, 2022      /s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE