HEATHER E. WILLIAMS, SBN 122664
Federal Defender
NOA OREN, SBN 297100
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700
Fax: (916) 498-5710

Attorneys for Defendant
HUNTER SECREST

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:20-cr-00130-JAM |
| Plaintiff, | **ORDER GRANTING REQUEST TO FILE EXHIBIT D TO SENTENCING MEMORANDUM UNDER SEAL** |
| v. | |
| HUNTER SECREST, | Date: August 30, 2022 |
| Defendant. | Time: 9:30 A.M. |
| | Judge: Hon. John A. Mendez |

**IT IS HEREBY ORDERED** that the Request to file Defendant's Exhibit D under seal be granted so that the Exhibit is not available on the public docket. The records are to be provided to the Court and Government counsel.

These documents shall remain under seal until further Order of the Court.


DATED: August 26, 2022         /s/ John A. Mendez
                               THE HONORABLE JOHN A. MENDEZ
                               SENIOR UNITED STATES DISTRICT JUDGE