**UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>      v.<br><br>HUNTER DANIEL SECREST<br><br>    Defendant. | **ORDER RE VOLUNTARY SURRENDER**<br><br>Case No.: 2:20-cr-00130 JAM |

    Defendant HUNTER DANIEL SECREST, having been sentenced to the custody of the Bureau of Prisons, shall surrender to the institution designated by the Bureau of Prisons, or if no such institution has been designated, to the United States Marshal in San Diego, California before 2:00 PM on October 11, 2022.  The defendant is further advised it is a criminal offense punishable by a constructive term of imprisonment to fail to surrender for service of sentence pursuant to the order of this Court.  All conditions of pretrial release shall remain in effect until the defendant surrenders in accordance with this order.

1   The Court reserves jurisdiction over this matter and will
2 only change the date or time of voluntary surrender upon motion
3 of either the defendant or the government with good cause
4 appearing.
5   The Clerk is directed to serve the United States Marshal's
6 Service with a copy of this order.

8 IT IS SO ORDERED.

10 Dated:  August 30, 2022        /s/ John A. Mendez
                                  THE HONORABLE JOHN A. MENDEZ
11                                SENIOR UNITED STATES DISTRICT JUDGE