HEATHER E. WILLIAMS, #122664
Federal Defender
NOA E. OREN, #297100
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700
Fax 916-498-5710
noa_oren@fd.org

Attorney for Defendant
HUNTER SECREST

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>HUNTER SECREST,<br><br>Defendant. | Case No.  2:20-cr-00130-JAM<br><br>**STIPULATION AND ORDER TO CONTINUE SELF-SURRENDER DATE**<br><br>Judge: Hon. John A. Mendez |

IT IS HEREBY STIPULATED by and between Phillip Talbert, United States Attorney, through Samuel Stefanki, Assistant United States Attorney, attorneys for Plaintiff, Heather Williams, Federal Defender, through Assistant Federal Defender, Noa E. Oren, attorney for Hunter Secrest, that the self-surrender date set for October 11, 2022 be continued to December 16, 2022 by 2:00 p.m.   The defendant is to self-surrender to FCI Terminal Island located at 1299 Seaside Avenue, San Pedro, CA, for a 12-month and one day sentence.

Date: October 4, 2022

Respectfully submitted,
HEATHER E. WILLIAMS
Federal Defender

*/s/ Noa E. Oren*
NOA E. OREN
Assistant Federal Defender
Attorney for Hunter Secrest

/ / /

/ / /

| | |
|---|---|
| Dated: October 3, 2022 | PHILLIP TALBERT<br>United States Attorney<br><br>*/s/ Samuel Stefanki*<br>SAMUEL STEFANKI<br>Assistant U.S. Attorney<br>Attorney for Plaintiff |

# **ORDER**

IT IS SO ORDERED.

Dated: October 4, 2022

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE